| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
AMG Express Trucking, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
83-2018955

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9304 FOREST LN#S232** | |
| **Dallas, TX 75243** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Dallas** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **AMG Express Trucking, LLC** _____ Case number (*if known*) _____
     Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. Check **all** that apply:
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ☒ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  **AMG Express Trucking, LLC** _____  Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district*? | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | Estimated number of creditors | ☒ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| 15. | Estimated Assets | ☒ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☒ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor    **AMG Express Trucking, LLC**    Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 5, 2024**
      MM / DD / YYYY

**X** **/s/ Gebre Berhane**    **Gebre Berhane**
Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

**18. Signature of attorney**    **X** **/s/ Eric Liepins**    Date    **January 5, 2024**
Signature of attorney for debtor    MM / DD / YYYY

**Eric Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road, Ste. 850**
**Suite 1100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone    **(972) 991-5591**    Email address    **agenda@ealpc.com**

**TX**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:
Debtor name: **AMG Express Trucking, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALTERNATIVE FUNDING GROUP<br>2941 NW 62ND ST, SUITE 201<br>Fort Lauderdale, FL 33309 | | | | | | $66,266.72 |
| Entegra Capital<br>8900 Indian Creek Parkway, Suite 400<br>Overland Park, KS 66210 | | 2 trucks | | $161,355.00 | $0.00 | $161,355.00 |
| FAMILY FUNDING<br>1021 38TH ST<br>Brooklyn, NY 11219 | | | | | | $7,000.00 |
| Financial Pacific Leasing, Inc.<br>PO BOX 848779<br>Los Angeles, CA 90084 | | | | $76,000.00 | $0.00 | $76,000.00 |
| MISSION FINANCIAL SEVICES CORPORATION<br>34225 N 27TH DRIVE BLDG 1<br>Phoenix, AZ 85085 | | | | | | $23,000.00 |
| MULTI SERVICE - FUEL CARD<br>1702 N. COLLINS BLVD SUITE 100<br>Overland Park, KS 75080 | | | | | | $26,000.00 |
| National Funding, Inc.<br>3580 WILSHIRE BLVD, SUITE 160<br>San Diego, CA 90010 | | | | | | $132,999.02 |

| Debtor | **AMG Express Trucking, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sheaten Financial**<br>**18242 McDurmott West Ste. E**<br>**Irvine, CA 92614** | | | | | | $0.00 |
| **SILVERLINE FUNDING**<br>**265 SUNRISE HWSY STE 36**<br>**Rockville Centre, NY 11570** | | | | | | $315,148.94 |
| **Truist Bank**<br>**9304 Forest Ln, Ste. 232**<br>**Dallas, TX 75243-6366** | | | | | | $144,000.00 |
| **WIDE MERCHANT GROUP**<br>**501 SILVERSIDE RD**<br>**Wilmington, DE 19809** | | | | | | $48,000.00 |

BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　**AMG Express Trucking, LLC**　　　　§　　Case No.:
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　Debtor(s)　　　　　　§
　　　　　　　　　　　　　　　　　　　　§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☒　is the first mail matrix in this case.

☐　adds entities not listed on previously filed mailing list(s).

☐　changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐　deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:　**January 5, 2024**　　　　　　　　　　**/s/ Gebre Berhane**
　　　　　　　　　　　　　　　　　　　　　　**Gebre Berhane**/**Managing Member**
　　　　　　　　　　　　　　　　　　　　　　Signer/Title

Date:　**January 5, 2024**　　　　　　　　　　**/s/ Eric Liepins**
　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney
　　　　　　　　　　　　　　　　　　　　　　**Eric Liepins**
　　　　　　　　　　　　　　　　　　　　　　**Eric A. Liepins**
　　　　　　　　　　　　　　　　　　　　　　**12770 Coit Road, Ste. 850**
　　　　　　　　　　　　　　　　　　　　　　**Suite 1100**
　　　　　　　　　　　　　　　　　　　　　　**Dallas, TX 75251**
　　　　　　　　　　　　　　　　　　　　　　**(972) 991-5591**　　　　Fax:

　　　　　　　　　　　　　　　　　　　　　　Debtor's Social Security/Tax ID No.

　　　　　　　　　　　　　　　　　　　　　　Joint Debtor's Social Security/Tax ID No.

ALTERNATIVE FUNDING GROUP
2941 NW 62ND ST, SUITE 201
Fort Lauderdale, FL 33309


Entegra Capital
8900 Indian Creek Parkway, Suite 400
Overland Park, KS 66210


FAMILY FUNDING
1021 38TH ST
Brooklyn, NY 11219


Financial Pacific Leasing, Inc.
PO BOX 848779
Los Angeles, CA 90084


MISSION FINANCIAL SEVICES CORPORATION
34225 N 27TH DRIVE BLDG 1
Phoenix, AZ 85085


MULTI SERVICE - FUEL CARD
1702 N. COLLINS BLVD SUITE 100
Overland Park, KS 75080


National Funding, Inc.
3580 WILSHIRE BLVD, SUITE 160
San Diego, CA 90010


Sheaten Financial
18242 McDurmott West Ste. E
Irvine, CA 92614


SILVERLINE FUNDING
265 SUNRISE HWSY STE 36
Rockville Centre, NY 11570

Truist Bank
9304 Forest Ln, Ste. 232
Dallas, TX 75243-6366


WIDE MERCHANT GROUP
501 SILVERSIDE RD
Wilmington, DE 19809

# United States Bankruptcy Court
## Northern District of Texas

In re: **AMG Express Trucking, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **AMG Express Trucking, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

**January 5, 2024**
Date

**/s/ Eric Liepins**
**Eric Liepins**
Signature of Attorney or Litigant
Counsel for **AMG Express Trucking, LLC**
**Eric A. Liepins**
**12770 Coit Road, Ste. 850**
**Suite 1100**
**Dallas, TX 75251**
**(972) 991-5591  Fax:**
**agenda@ealpc.com**